UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | ) |
| | ) |
| Plaintiff, | ) Civil Case No. 8:18-cv-03096-PX |
| | ) |
| v. | ) |
| | ) |
| JOHN DOE subscriber assigned IP address 98.231.152.88, | ) |
| | ) |
| Defendant. | ) |

**ORDER ON PLAINTIFF'S *EX-PARTE* APPLICATION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT**

THIS CAUSE came before the Court upon Plaintiff's e*x-parte* application for entry of an Order extending the time within which to effectuate service on John Doe Defendant with a summons and Complaint, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's application is granted. Plaintiff shall have until February 21, 2019 to effectuate service of a summons and Complaint on Defendant.

SO ORDERED this  9th   day of   January          , 2018.

By:_____/S/_____
United States District Judge
Honorable Paula Xinis