## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, )<br> )<br>　　　Plaintiff, )<br> )<br>v. )<br> )<br>JOHN DOE subscriber assigned IP address )<br>98.231.152.88, )<br> )<br>　　　Defendant. )<br>　　　　　　　　　　　　　　　　　　　　　) | Civil Case No. 8:18-cv-03096-PX |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## <u>WITH PREJUDICE OF JOHN DOE</u>

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 98.231.152.88, are voluntarily dismissed with prejudice.

Dated:  January 25, 2019                                       Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　By:  /s/ *Jessica Haire*
　　　　　　　　　　　　　　　　　　　　　　　　Jessica Haire, Esq. (20252)
　　　　　　　　　　　　　　　　　　　　　　　　jhaire@foxrothschild.com
　　　　　　　　　　　　　　　　　　　　　　　　Fox Rothschild LLP
　　　　　　　　　　　　　　　　　　　　　　　　1030 15th Street, NW
　　　　　　　　　　　　　　　　　　　　　　　　Suite 380 East
　　　　　　　　　　　　　　　　　　　　　　　　Washington, DC 20005
　　　　　　　　　　　　　　　　　　　　　　　　Tel.: (202) 461-3100
　　　　　　　　　　　　　　　　　　　　　　　　Fax: (202) 461-3102
　　　　　　　　　　　　　　　　　　　　　　　　www.foxrothschild.com